■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE MAURAD, Appellant. [764 NYS2d 823] —Judgment, Supreme Court, New York County (John Cataldo, J.), rendered January

31, 2001, convicting defendant, after a jury trial, of sodomy in the first degree (two counts) and endangering the welfare of a child, and sentencing him, as a second violent felony offender, to an aggregate term of 23 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. There is no basis for disturbing the jury's determinations concerning credibility.

The prosecutor's comment on the demeanor and credibility of a defense witness was within the bounds of permissible advocacy. All of defendant's other challenges to the People's summation are unpreserved and we decline to review them in the interest of justice. Were we to review these claims, we would find that the challenged remarks constituted fair comment on the evidence, and reasonable inferences to be drawn therefrom, in response to defense arguments, and that the summation did not deprive defendant of a fair trial (*see People v Overlee*, 236 AD2d 133 [1997], *lv denied* 91 NY2d 976 [1998]; *People v D'Alessandro*, 184 AD2d 114, 118-119 [1992], *lv denied* 81 NY2d 884 [1993]).

Defendant's remaining contentions are unpreserved and we decline to review them in the interest of justice. Were we to review these claims, we would reject them. Concur—Tom, J.P., Sullivan, Rosenberger, Lerner and Friedman, JJ.